IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Calhoun, Renee | Case Number:  08 B 25227 |
| | Judge:  Goldgar, A. Benjamin |
| Printed: 02/24/09 | Filed:  9/23/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: December 23, 2008
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,170.00 | |
| Secured: | | 226.50 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 866.27 |
| Trustee Fee: | | 77.23 |
| Other Funds: | | 0.00 |
| Totals: | 1,170.00 | 1,170.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Zalutsky & Pinski Ltd | Administrative | 3,538.00 | 866.27 |
| 2. | First Financial | Secured | 1,700.00 | 226.50 |
| 3. | Internal Revenue Service | Priority | 680.60 | 0.00 |
| 4. | Sir Finance Corporation | Unsecured | 1,417.00 | 0.00 |
| 5. | ECast Settlement Corp | Unsecured | 663.41 | 0.00 |
| 6. | AmeriCash Loans, LLC | Unsecured | 4,169.87 | 0.00 |
| 7. | AmeriCash Loans, LLC | Unsecured | 231.00 | 0.00 |
| 8. | Premier Bankcard | Unsecured | 393.36 | 0.00 |
| 9. | Nuvell Credit Company LLC | Unsecured | 2,834.63 | 0.00 |
| 10. | Internal Revenue Service | Unsecured | 1,762.09 | 0.00 |
| 11. | Brother Loan & Finance | Unsecured | 5,273.25 | 0.00 |
| 12. | AAA Checkmate LLC | Unsecured | 1,483.87 | 0.00 |
| 13. | Bank Of America | Unsecured | | No Claim Filed |
| 14. | Avantis Financial | Unsecured | | No Claim Filed |
| 15. | Arrowhead Investments | Unsecured | | No Claim Filed |
| 16. | B & L Marketing | Unsecured | | No Claim Filed |
| 17. | Cash Advance | Unsecured | | No Claim Filed |
| 18. | Clark County District Attorney's Office | Unsecured | | No Claim Filed |
| 19. | First Cash Advance | Unsecured | | No Claim Filed |
| 20. | Horseshoe Casino | Unsecured | | No Claim Filed |
| 21. | Loan Shop | Unsecured | | No Claim Filed |
| 22. | Paychecktoday.Com | Unsecured | | No Claim Filed |
| 23. | Surety Finance | Unsecured | | No Claim Filed |
| 24. | Sprint PCS | Unsecured | | No Claim Filed |
| 25. | Loan Express Company | Unsecured | | No Claim Filed |
| 26. | T Mobile USA | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Calhoun, Renee | Case Number: 08 B 25227 |
|---|---|---|
| | | Judge: Goldgar, A. Benjamin |
| | Printed: 02/24/09 | Filed: 9/23/08 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Pay Day Loan Store Of Illinois | Unsecured | | No Claim Filed |
| 28. | Womens Work Out World | Unsecured | | No Claim Filed |
| 29. | Village of Bolingbrook | Unsecured | | No Claim Filed |
| | | | $ 24,147.08 | $ 1,092.77 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.6% | 77.23 |
| | $ 77.23 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*